# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Respondent. | 1:07-cv-00859-AWI-DLB (HC)<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:  July 5, 2007**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE