# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ, | CV F  07-00859 AWI DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR JUDICIAL NOTICE, WITHOUT PREJUDICE |
| v. | |
| DERRAL G. ADAMS, | [Doc. 12] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 2, 2007, Petitioner filed a motion for judicial notice.  (Court Doc. 12.) Petitioner requests that the Court take judicial notice of certain California Penal Code sections defining California law.  Petitioner is advised that the Court does not judicial notice of law in a vacuum.  Respondent has yet to file a responsive pleading in this case and the issues are therefore not fully developed.  Petitioner's request must be made in the context of some proceeding in which the facts are to be placed in evidence.  There is no need, at this stage in the litigation, for the court to take judicial notice of California statutes defining the law.  Plaintiff may use the definitions of California law in his legal argument at the appropriate juncture.

Accordingly, it is HEREBY ORDERED that Petitioner's motion for judicial notice is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:    **September 10, 2007**           **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1