# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DERRAL G. ADAMS,<br><br>　　　　　Respondent. | 1:07-cv-00859 AWI DLB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT<br><br>[Doc. 36] |

　　　The instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, was dismissed as untimely and judgment was entered on January 17, 2008. (Court Docs. 28, 29.) Petitioner filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit. On April 2, 2009, the Ninth Circuit denied Petitioner's certificate of appealability. (Court Doc. 35.)

　　　On April 16, 2010, Petitioner filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (Court Doc. 36.)

　　　Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the district court. The rule permits a district court to relieve a party from a final order or judgment on the grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b) ; (3) fraud . . . of an adverse party; (4) the judgement is void; (5) the judgment has been satisfied . . . ; or (6) any other reason justifying relief from the operation of the judgment." Fed.R.Civ.P. 60(b). The motion for reconsideration must be made within a

1 | reasonable time, in any event, "not more than one year after the judgment, order, or proceeding
2 | was entered or taken." Id.
3 |     The instant petition was dismissed with prejudice over two years ago, and the Court of
4 | Appeals denied a certificate of appealability.  Petitioner is advised that the instant action is final
5 | and no further relief is allowed.  Petitioner has not made a showing of "extraordinary
6 | circumstances" that would justify relief from judgment.  Accordingly, as Petitioner has not
7 | presented a basis warranting relief from judgment, IT IS HEREBY ORDERED that Petitioner's
8 | motion for relief from judgment is DENIED.

10 | IT IS SO ORDERED.
11 | **Dated:     April 28, 2010**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE